AO 91 (Rev. 12/93) Criminal Complaint

## United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

BERAMINO LOPEZ-MORALES,
a/k/a Julio Lopez-Morales

**Criminal Complaint**

CASE NUMBER: 08-126-M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __March 24, 2008__ in __Sussex__ County, in the District of Delaware, defendant did:

remain in the United States, having illegally re-entered the United States on or about January 2, 2007, after having been deported to Mexico,

in violation of Title ___8___ United States Code, Section(s) __1326(a)__ .

I further state that I am a(n) __Deportation Officer, ICE__ and that this complaint is based
                                    Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:    Yes

   _____
   Signature of Complainant
   David W. Savina
   Deportation Officer, ICE

Sworn to before me and subscribed in my presence,
July 24, 2008                                    at    Wilmington, DE
Date                                                    City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                          _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 08-*126-M* |
| ) | |
| BERAMINO LOPEZ-MORALES, ) | |
| a/k/a Julio Lopez-Morales, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, David W. Savina, being duly sworn, depose and say:

1. I am a Deportation Officer with the Department of Immigration & Customs Enforcement ("ICE"), a branch of the United States Department of Homeland Security ("DHS"), at the ICE office located in Dover, Delaware. I have been employed as a Deportation Officer since September 14, 1998.

2. This affidavit is submitted in support of a criminal complaint charging Beramino LOPEZ-Morales, a/k/a Julio LOPEZ-Morales with illegal re-entry into the United States after deportation. As described herein, Beramino LOPEZ-Morales is a citizen of Mexico, and is an alien who was previously deported from the United States, and has been found in the District of Delaware, being present in the United States without having first obtained the express consent of the Secretary of Homeland Security to re-enter, in violation of Title 8, United States Code, Section 1326(a).

3. The facts and information contained in this affidavit are based upon information obtained from DHS/ICE records, National Crime Information Center

1

("NCIC") records, Federal Bureau of Investigation ("FBI") records, and by my own observations and interviews.

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

5. On or about March 24, 2008, the ICE Dover office received notification from the Sussex Correctional Institution (SCI) in Georgetown, Delaware that a possible illegal alien was incarcerated at the facility. On March 24, 2008, Beramino LOPEZ-Morales a/k/a Julio LOPEZ-Morales was fingerprinted on ICE's Integrated Automated Fingerprint Identification System (IAFIS). ICE database and NCIC record checks were conducted and IAFIS identified the fingerprints as those of Beramino LOPEZ-Morales a/k/a Julio LOPEZ-Morales, FBI Number 482512RB3. Several variations of his name and several nicknames are listed as aliases.

6. On March 31, 2008, your affiant interviewed Beramino LOPEZ-Morales a/k/a Julio LOPEZ-Morales at the SCI. Once advised of his rights in English pursuant to *Miranda v. Arizona*, Beramino LOPEZ-Morales signed a written waiver of his rights and agreed to speak with your affiant. The subject stated that his true and correct name is Beramino LOPEZ-Morales, that he was born on a particular date in 1980 in Mexico and that he is a citizen of Mexico. Beramino LOPEZ-Morales stated that he had been last deported from the United States on January 2, 2007 and that he had re-entered the United States, without inspection or parole by an immigration officer, on or about November 30, 2007, at or near Nogales, Arizona. Beramino LOPEZ-Morales stated that he knew he had re-entered the United States illegally and that he had not obtained the permission of

2

the Attorney General of the United States or of the Undersecretary for Border and Transportation Security of the DHS before doing so.

7. Your affiant has reviewed DHS/ICE alien database records and Beramino LOPEZ-Morales's ICE alien file (file number A8 624 863), which indicate that Beramino LOPEZ-Morales was in fact born in 1980 in Mexico and that he originally entered the United States without inspection on or about February 22, 2001. Those records confirmed that Beramino LOPEZ-Morales was deported from the United States to Mexico on March, 2, 2001, and they contain no indication that he had obtained permission from the United States government to re-enter the country at any time subsequent to his 2001 deportation.

8. Records confirmed that Beramino LOPEZ-Morales re-entered the United States without inspection on or about December 10, 2004. Those records confirmed that Beramino LOPEZ-Morales was deported from the United States to Mexico on January 2, 2007, and they contain no indication that he had obtained permission from the United States government to re-enter the country subsequent to his January 2007 deportation.

9. Your affiant queried the subject's fingerprints in an automated system and compared those fingerprints to fingerprints of Beramino LOPEZ-Morales taken when he was deported in January 2007. The comparison was a match.

10. ICE and Criminal database checks revealed that Beramino LOPEZ-Morales has a conviction for Assault 2nd (Recklessly Intentionally Cause Serious Injury) in the Sussex County, Delaware Superior Court and was sentenced to 8 years (suspended) incarceration for this offense.

11. Based on the foregoing, I believe there is probable cause that Beramino LOPEZ-Morales, a citizen and alien of Mexico, was deported by ICE to Mexico on January 2, 2007, that he was found in the United States on March 24, 2008, and that prior to his re-embarkation at a place outside the United States, neither the Undersecretary for Border and Transportation Security of the DHS nor the Attorney General of the United States had expressly consented to Beramino LOPEZ-Morales's re-applying for admission, in violation of Title 8, United States Code, Section 1326(a).

Respectfully submitted,

_____
David W. Savina
Deportation Officer
United States Immigration & Customs Enforcement

Subscribed and Sworn to
Before me this ___ day of July 2008

_____
Mary Pat Thynge
United States Magistrate Judge

4