THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>BERNAMINO LOPEZ-MORALES,<br>(a/k/a Julio Lopez-Morales)<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Criminal Action No. 08- *126-M* |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edward J. McAndrew, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Bernamino Lopez-Morales, pursuant to a criminal complaint filed against him on July 24, 2008.

                        COLM F. CONNOLLY
                        United States Attorney

BY: _____
        Edward J. McAndrew
        Assistant United States Attorney

Dated: July 24, 2008

**AND NOW**, this ____24____ day of ____July____, 2008, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Bernamino Lopez-Morales.

_____
HONORABLE MARY PAT THYGNE
United States Magistrate Judge