UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　) <br>　　　　Plaintiff, 　　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　)　　CASE NO. 08-126-M <br>　　　　vs.　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>**BERNAMINO LOPEZ-MORALES,**　　 ) <br>　　　　　　　　　　　　　　　　) <br>　　　　Defendant.　　　　　　　) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **24TH** day of **July, 2008**,

ORDERED that **Edson A. Bostic, Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Mary Pat Thynge
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc:　Federal Public Defender
　　　First Federal Plaza, Suite# 110
　　　704 King Street
　　　Wilmington, DE  19801
　　　(302) 573-6010

　　　Defendant
　　　United States Attorney